IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SAMUEL MOLINA-MARQUEZ                                                              PETITIONER

v.                                                           CIVIL ACTION NO. 5:20-cv-196-TBM-MTP

SHAWN R. GILLIS                                                                    RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING RESPONDENT'S MOTION TO DISMISS

This matter is before the Court on submission of the Report and Recommendation [11] entered by United States Magistrate Judge Michael T. Parker on June 8, 2021. Judge Parker recommends that the Motion to Dismiss [10] for Mootness filed by the Respondent should be granted because the Petitioner was released from immigration custody under an order of supervision on March 22, 2021. The Petitioner has not filed an objection to the Report and Recommendation, and the time for filing an objection has expired.

"When a party fails timely to file written objections to the magistrate judge's proposed findings, conclusions, and recommendation, that party is barred from attacking on appeal the unobjected-to proposed findings and conclusions which the district court accepted, except for plain error." *Casas v. Aduddell*, 404 F. App'x 879, 881 (5th Cir. 2010) (citing *Douglas v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1)). Having considered Judge Parker's Report and Recommendation, the Court finds that it is neither clearly erroneous nor contrary to law.

IT IS ORDERED AND ADJUDGED that the Report and Recommendation [11] entered by United States Magistrate Judge Michael T. Parker on June 8, 2021 is ADOPTED as the opinion of the Court.

IT IS FURTHER ORDERED AND ADJUDGED that the Respondent's Motion to Dismiss [10] as moot is GRANTED. The Petition for Writ of Habeas Corpus [1] is DISMISSED as MOOT.

THIS, THE 22nd DAY OF JULY, 2021.

                                            TAYLOR B. McNEEL
                                            UNITED STATES DISTRICT JUDGE